PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Susan H. Kim                                    Cr.: 03-CR00740-001

Name of Sentencing Judicial Officer: Stanley R. Chesler

Date of Original Sentence: 09/24/04

Original Offense: Credit Card Fraud

Original Sentence: 18 Months Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release           Date Supervision Commenced: 02/07/06

Assistant U.S. Attorney: Judith H. Germano        Defense Attorney: Brian J. Neary, Esq.

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'<br><br>According to the Federal Bureau of Investigation, the offender was corresponding telephonically with Muhammed Hussein, an individual currently incarcerated at the Passaic County Jail pending trial for credit card fraud. Details of this matter are outlined in the attached violation report. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 08/02/07

PROB 12C - Page 2
Susan H. Kim

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 9/5/07 @ 1:00 PM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/20/07
_____
Date